■ AL MEYERS et al., Each Individually and as a Director and Stockholder of ALSHOR REALTY CORP. and SAHARA BEACH CLUB INC. (Formerly Known as BREAKERS AT LIDO, INC.), Suing in Behalf of Himself and for the Benefit of Said Corporations, Respondents, v. ALSHOR REALTY CORP. et al., Defendants, and GEORGE FRANTZMAN et al., Appellants.— In an action for an injunction and for other equitable relief, the appeal is from so much of an order as grants in part respondents' motion to examine appellants before trial, and as denies their cross motion to direct that their examination before trial be held after the disposition of proceedings now pending for the dissolution of the two corporate defendants. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ., concur.